464 A.2d 517

Commonwealth v. Emory, Appellant.

Submitted March 22, 1983. Clayton R. Wilcox, Assistant Public Defender, for appellant; Roy Alan Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.

464 A.2d 518

Commonwealth v. Heberlig, Appellant.
Petition for Allowance of Appeal
Denied Nov. 16, 1983.

Argued December 7, 1982. Neil Lawrence Albert, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence and order affirmed.